IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

UNITED STATES OF AMERICA,

                          Case No.: 4:18-CR-00011-5

v.

PHILLIP DAEKWON MILES

    *Defendant.*

**DEFENDANT'S SECOND MOTION FOR APPOINTMENT OF CO-COUNSEL**

Comes now the Defendant, Phillip Daewon Miles, by counsel, and respectfully moves this Court for an ORDER appointing Robert F. Rider, Esq. as co-counsel in the above-styled matter. In support of his request, Defendant states as follows:

1. On July 5, 2018, M. Tyson Daniel was appointed lead counsel to represent defendant on the charges now pending before the Court

2. Defendant is charged with, among other things, a death eligible offense.

3. 18 USC §3005 affords for the appointment of Co-Counsel in such cases.

4. Mr. Rider is an experienced and capable lawyer in good standing before the Court. His office address, phone and fax numbers are: Robert F. Rider, PLC, 133 Salem Ave SW, Suite 100, Roanoke, VA 24011, (540) 767-1717 (office) / (540) 767-1718 (fax).

WHEREFORE, it is respectfully requested that the Court issue an ORDER directing that Robert F. Rider, Esq., be appointed as co-counsel to assist counsel in representing the defendant in the case at bar.

Respectfully submitted,

**PHILLIP DAEKWON MILES**

By Counsel

Counsel:

*s/ M. Tyson Daniel*
M. Tyson Daniel (VSB #43979)
Magee, Goldstein, Lasky and Sayers
310 First St., S.W., Ste. 1200
Roanoke, VA 24011
(540) 343-9800 Phone
(540) 343-9898 Facsimile
tdaniel@mglspc.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of August 2018, the foregoing Motion was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*s/ M. Tyson Daniel*
M. Tyson Daniel
Counsel for Phillip Daekwon Miles

- 2 -
Case 4:18-cr-00011-MFU-RSB   Document 170   Filed 08/10/18   Page 2 of 2   Pageid#: 442