IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
(DANVILLE DIVISION)

**UNITED STATES OF AMERICA,**

                                  Case No.: 4:18-CR-00011-5

v.

**PHILLIP DAEKWON MILES**
      *Defendant.*

## PHILLIP DAEKWON MILES' RESPONSE TO FPD LETTER

Comes now the Defendant, Phillip Daekwon Miles, by counsel, and hereby responds to this Court's Order [ECF No. 780] as follows:

1) joins Marcus Davis' [ECF No. 787] filing and incorporates the arguments and authority as stated therein;

2) joins Kevin Trent's [ECF No. 786] filing and, likewise, incorporates the arguments and authority as stated therein;

3) joins Dashaun Trent's [ECF No. 789] filing and, further, incorporates the arguments and authority as stated therein.

WHEREFORE, the Defendant requests that the Court permit necessary witness(es) to testify at trial.

                                  Respectfully submitted,

                                  **PHILLIP DAEKWON MILES**
                                  By Counsel

                                  *s/ M. Tyson Daniel* _____

M. Tyson Daniel (VSB #43979)
Magee, Goldstein, Lasky and Sayers
310 First St., S.W., Ste. 1200
Roanoke, VA 24011
(540) 343-9800 Phone
(540) 343-9898 Facsimile

tdaniel@mglspc.com
Counsel for Phillip Daekwon Miles

Cary B. Bowen, Esq. (VSB # 17313)
Bowen, Clements & Favret, PLLC
8740 Landmark Road
Richmond, VA 23228
(804) 801-5939 Phone
(804) 597-0067 Facsimile
cbowen@carybowenlaw.com
Counsel for Phillip Daekwon Miles

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of September 2019, the foregoing Motion was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.   *s/ M. Tyson Daniel*

M. Tyson Daniel
Counsel for Phillip Daekwon Miles